UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 14-2049-AB (SP) | Date | January 7, 2015 |
|---|---|---|---|
| Title | WARREN SPAIN JAMIESON v. DANIEL PARAMO, Warden | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| n/a | n/a |

**Proceedings:**  **(In Chambers) Order to Show Cause Why Petition Should Not Be Dismissed for Failure to State a Claim**

On December 24, 2014, petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody under 28 U.S.C. § 2254 using this court's approved form. When asked to state his grounds for relief, petitioner stated: "Please see 'Attachment 8.'" Pet. at 5. But although the petitioner contains certain attachments, including two letters and copies of some invoices, it does not contain an Attachment 8 or anything else that purports to set forth grounds for relief. (It also does not contain "Attachment 3(b)" referenced elsewhere in the petition.) Thus, it is impossible to tell from the petition the grounds on which petitioner seeks habeas relief.

Rule 2(c) of the Rules Governing Section 2254 Cases in the United States District Courts affirmatively requires a prisoner to file a petition that "must: (1) specify all the grounds for relief available to the petitioner; [and] (2) state the facts supporting each ground." *See also James v. Borg*, 24 F.3d 20, 26 (9th Cir. 1994) ("Conclusory allegations which are not supported by a statement of specific facts do not warrant habeas relief.") (citation omitted).

Here, petitioner has not asserted even conclusory allegations in support of his claim for habeas relief. He has not identified any ground for relief at all. As such, his petitioner is subject to dismissal for failure to state a claim.

Accordingly, the court hereby issues an **ORDER TO SHOW CAUSE** why the petition should not be dismissed for failure to state a claim. Petitioner is **ordered** to file with the court a written response to the Order to Show Cause on or before **January 28, 2015.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 14-2049-AB (SP) | Date | January 7, 2015 |
|---|---|---|---|
| Title | WARREN SPAIN JAMIESON v. DANIEL PARAMO, Warden | | |

  In his response to the Order to Show Cause, petitioner may set forth any reasons he wishes to argue against the dismissal of the action.  **Alternatively, petitioner may file a First Amended Petition correcting this deficiency.**  Whichever option petitioner selects, petitioner must file and serve the responding document *no later than January 28, 2015*.

  **The court warns petitioner that failure to timely file and serve a response as directed in this Order will result in a recommendation that this action be dismissed without prejudice for failure to state a claim, for failure to prosecute, and/or for failure to obey court orders.**