**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WARREN SPAIN JAMIESON,<br><br>          Petitioner,<br><br>    v.<br><br>DANIEL PARAMO, Warden,<br><br>          Respondent. | **Case No. CV 14-02049 AB (RAO)**<br><br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("FAP"), all of the records and files herein, and the Magistrate Judge's Report and Recommendation.  The time for filing objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the FAP is denied and Judgment shall be entered dismissing this action with prejudice.

DATED:  May 3, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE